**Order entered June 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01503-CV

**HOSSEIN JAHANSHAHI, Appellant**

**V.**

**MASOOMEH JANGRAVI, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

Despite twice being given additional time to file an amended brief that complies with the Texas Rules of Appellate Procedure, appellant has failed to file the requested brief. Accordingly, the appeal will be submitted on the brief filed March 16, 2015.

We **ORDER** appellee to file her brief no later than July 20, 2015.


/s/     CRAIG STODDART
          JUSTICE